

# NUMBER 13-16-00219-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FEDERAL CORPORATION

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

Relator, Federal Corporation, filed a petition for writ of mandamus in the above cause on April 14, 2016. Through this original proceeding, relator seeks to compel the respondent trial court judge to vacate his order of March 14, 2016 compelling relator to respond to discovery. Through its motion for emergency relief, relator seeks a stay of the order compelling discovery.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial court's order of March 14, 2016 compelling discovery is ordered

STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Jose Gonzalez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
15th day of April, 2016.